**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-36696 |
| JOSEPH ERIC STRALKA | § | Chapter 7 |
| STEPHANIE KAY STRALKA | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION AND**
**DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 9/13/2013
Time: 9:15 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: August 15, 2013        By: _/s/ Joji Takada_
                                            Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JOSEPH ERIC STRALKA § Case No. 11-36696
STEPHANIE KAY STRALKA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 10,500.00 |
| and approved disbursements of | $ 10.00 |
| leaving a balance on hand of[1] | $ 10,490.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 1,800.00 | $ 0.00 | $ 1,800.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,800.00 |
| Remaining Balance | $ 8,690.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 14,388.44 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 11,925.92 | $ 0.00 | $ 7,202.74 |
| 9 | Illinois Department of Revenue | $ 2,462.52 | $ 0.00 | $ 1,487.26 |
| | Total to be paid to priority creditors | | | $ 8,690.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 78,593.54 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Quantum3 Group LLC as agent for Capio Partners LLC | $ 160.00 | $ 0.00 | $ 0.00 |
| 3 | Capital One, N.A | $ 1,053.80 | $ 0.00 | $ 0.00 |
| 4 | CHASE BANK USA N.A | $ 14,350.21 | $ 0.00 | $ 0.00 |
| 5 | CHASE BANK USA N.A | $ 11,640.64 | $ 0.00 | $ 0.00 |
| 6 | FIA Card Services N. A. | $ 8,512.30 | $ 0.00 | $ 0.00 |
| 7 | Midland Funding LLC | $ 2,769.51 | $ 0.00 | $ 0.00 |
| 8 | Midland Funding LLC | $ 648.98 | $ 0.00 | $ 0.00 |
| 10 | American Machining, Inc. | $ 15,245.81 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Portfolio Recovery Associates, LLC, successor in interest to | $ 24,212.29 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: Joji Takada
                          Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (5/1/2011)** *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-36696-BWB
Joseph Eric Stralka                                                     Chapter 7
Stephanie Kay Stralka
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley             Page 1 of 3            Date Rcvd: Aug 16, 2013
                              Form ID: pdf006         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2013.
```
db/jdb     +Joseph Eric Stralka,    Stephanie Kay Stralka,    P.O. Box 25,    Leland, IL 60531-0025
17772878   +American Machining, Inc.,    405 East Lafayette Street,    Somonauk, IL 60552-9128
17772879   +Aurora Pediatric,    1300 North Highland Avenue,    Aurora, IL 60506-1482
18353028  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102)
17772880    Bank of America,    P.O. Box 851001,    Dallas, TX 75285-7563
17772881    Blains Farm & Fleet,    P.O. Box 960061,    Orlando, FL 32896-0061
18249572   +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
17772882   +Chase,   P.O. Box 9001123,    Louisville, KY 40290-1123
18258714    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17772883   +Chase Card Services,    P.O. Box 659409,    San Antonio, TX 78265-9409
17772886   +Client Services, Inc,    3451 Harry S. Truman Boulevard,    Saint Charles, MO 63301-9816
17772887   +Darwin Classon,    2883 North 4639th Road,    Sandwich, IL 60548-9107
17772889   +HSBC,   P.O. Box 98706,    Las Vegas, NV 89193-8706
17772890  ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    P.O. Box 19043,
               Springfield, IL 62794)
18456585    Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,   Chicago, IL 60664-0338
17772892   +John C. Bonewicz, P.C.,    8001 N. Lincoln Avenue,    Suite 402,   Skokie, IL 60077-3657
17772894   +MBNA,   P.O. Box 15019,    Wilmington, DE 19886-5019
19927504    Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
17772895   +Mr. Eric Doebler,    511 E. Etna Road,    Ottawa, IL 61350-1070
17772897  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    P.O. Box 12914,
               Norfolk, VA 23541)
17772896   +Pinnacle Recovery, Inc.,    P.O. Box 130848,    Carlsbad, CA 92013-0848
18513701   +Portfolio Recovery Associates, LLC successor to,    HSBC Bank Nevada, NA (GM) by,
             PRA Receivables Management, LLC,    POB 41067,    Norfolk VA 23541-1067
17772898    Sears Charge Plus,    P.O. Box 183081,    Columbus, OH 43218-3081
17772899    Smoketree Lodge c/o VRI,    P.O. Box 540669,    Merritt Island, FL 32954-0669
17772900   +SomerCor 504,   601 South LaSalle,    Suite 510,   Chicago, IL 60605-1726
17772901   +Valentine & Kebartas, Inc.,    P.O. Box 325,    Lawrence, MA 01842-0625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17772877    E-mail/Text: ally@ebn.phinsolutions.com Aug 17 2013 00:03:21     Ally/GMAC,   P.O. Box 380902,
             Bloomington, MN 55438-0902
17772884   +E-mail/Text: heather.stabler@citizens1st.com Aug 17 2013 00:03:12
             Citizens First National Bank,    200 E. Church Street,   Sandwich, IL 60548-2224
17772885   +E-mail/Text: heather.stabler@citizens1st.com Aug 17 2013 00:03:12
             Citizens First National Bank,    606 S. Main Street,   Princeton, IL 61356-2080
18433722    E-mail/PDF: rmscedi@recoverycorp.com Aug 17 2013 00:11:52     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17772888    E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2013 00:08:05     GEMB/Old Navy,   P.O. Box 960017,
             Orlando, FL 32896-0017
17772891   +E-mail/Text: cio.bncmail@irs.gov Aug 16 2013 23:58:10     Internal Revenue Service,   PO Box 7346,
             Phladelphia, PA 19101-7346
17772893   +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 17 2013 00:01:11     Kohls,   P.O. Box 2983,
             Milwaukee, WI 53201-2983
18111745    E-mail/Text: bnc-quantum@quantum3group.com Aug 17 2013 00:04:29
             Quantum3 Group LLC as agent for,    Capio Partners LLC,   PO Box 788,   Kirkland, WA 98083-0788
19927506    E-mail/PDF: rmscedi@recoverycorp.com Aug 17 2013 00:11:52
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Case 11-36696  Doc 38  Filed 08/16/13  Entered 08/18/13 23:34:18  Desc Imaged
Certificate of Notice  Page 6 of 7

```
District/off: 0752-1          User: lhuley                Page 2 of 3            Date Rcvd: Aug 16, 2013
                              Form ID: pdf006             Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2013**  **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1          User: lhuley                Page 3 of 3                  Date Rcvd: Aug 16, 2013
                              Form ID: pdf006             Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2013 at the address(es) listed below:
          Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Joji  Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          William L. Hotopp    on behalf of Joint Debtor Stephanie Kay Stralka wlhotopp@comcast.net
          William L. Hotopp    on behalf of Debtor Joseph Eric Stralka wlhotopp@comcast.net
                                                                                                                                                          TOTAL: 5