UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
JOSEPH ERIC STRALKA § Case No. 11-36696
STEPHANIE KAY STRALKA §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4)  This case was originally filed under chapter   on                . The case was pending for     months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                             Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Illinois Department of Revenue | | | | | |
| 1 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | American Machining, Inc. | | | | | |
| 3 | Capital One,N.A | | | | | |
| 5 | CHASE BANK USA N.A | | | | | |
| 4 | CHASE BANK USA N.A | | | | | |
| 6 | FIA Card Services N. A. | | | | | |
| 7 | Midland Funding LLC | | | | | |
| 8 | Midland Funding LLC | | | | | |
| 11 | Portfolio Recovery Associates, LLC, successor in interest to | | | | | |
| 2 | Quantum3 Group LLC as agent for Capio Partners LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-36696 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JOSEPH ERIC STRALKA | | | | Date Filed (f) or Converted (c): | 09/08/2011 (f) |
| | STEPHANIE KAY STRALKA | | | | 341(a) Meeting Date: | 10/03/2011 |
| For Period Ending: | 11/12/2013 | | | | Claims Bar Date: | 02/22/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE LOCATED AT: 285, LOCUST, | 120,000.00 | 0.00 | | 0.00 | FA |
| 2. TIMESHARE - SMOKETREE, P.O. BOX 540669, MERRITT | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 3. CASH ON HAND | 300.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT # 715689, LOCATED AT CITIZEN'S | 200.00 | 0.00 | | 0.00 | FA |
| 5. SAVINGS ACCOUNT NUMBER # NOT PROVIDED, LOCATED A | 33.00 | 0.00 | | 0.00 | FA |
| 6. COMMONWEALTH EDISON | 375.00 | 0.00 | | 0.00 | FA |
| 7. LIVING ROOM SET, BEDROOM SET, TELEVISION, COMPUT | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. NECESSARY WERARING APPAREL LOCATED AT: PERSONAL | 500.00 | 0.00 | | 0.00 | FA |
| 9. WEDDING RING, MISCELLANEOUS JEWLERY LOCATED AT: | 500.00 | 0.00 | | 0.00 | FA |
| 10. IRA HELD AMERICAN FUNDS, P.O. BOX 28911, INDIANA | 4,400.00 | 0.00 | | 0.00 | FA |
| 11. IRA HELD AT FIDELITY INVESTMENTS, P.O. BOX 67300 | 28,000.00 | 0.00 | | 0.00 | FA |
| 12. FIFTY-FIVE PERCENT (55%) STOCK OWNERSHIP IN AMER | 0.00 | 8,000.00 | | 8,000.00 | FA |
| 13. 2007 PONTIAC G6 LOCATED AT PERSONAL RESIDENCE. | 6,250.00 | 0.00 | | 0.00 | FA |
| 14. 2003 DODGE GRAND CARAVAN LOCATED AT PERSONAL RES | 3,500.00 | 0.00 | | 0.00 | FA |
| 15. Preferential Payment to Pargmann | 5,000.00 | 5,000.00 | | 2,500.00 | FA |
| 16. Preferential Payment to Pew | 5,000.00 | 5,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $182,558.00       $25,000.00       $10,500.00       $0.00

(Total Dollar Amount in Column 6)

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

121911--Agreement in principal to sell stock in American Machining for $8000.00, subject to court approval; E. Doebler to provide draft Stock Purchase Agreement
010912--Agreement reached on draft Stock Purchase Agreement re: sale of 55% stock in American Machining
011212--Telephone conference with Pargmann re: $5000.00 preferential payment; Agreement to settle claim for $2500.00, subject to court approval
121212--Awaiting receipt of 2012 K-1 from American Machining to determine possible tax liability.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | *Debtor claimed exemption. |
| RE PROP # | 3 | -- | *Debtor claimed exemption. |
| RE PROP # | 4 | -- | *Debtor claimed exemption. |
| RE PROP # | 5 | -- | *Debtor claimed exemption. |
| RE PROP # | 6 | -- | *Debtor claimed exemption. |
| RE PROP # | 7 | -- | *Debtor claimed exemption. |
| RE PROP # | 8 | -- | *Debtor claimed exemption. |
| RE PROP # | 9 | -- | *Debtor claimed exemption. |
| RE PROP # | 10 | -- | *Debtor claimed exemption. |
| RE PROP # | 11 | -- | *Debtor claimed exemption. |
| RE PROP # | 14 | -- | *Debtor claimed exemption. |

Initial Projected Date of Final Report (TFR): 09/08/2013       Current Projected Date of Final Report (TFR): 09/08/2013

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-36696 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | JOSEPH ERIC STRALKA | Bank Name: | Congressional Bank |
| | STEPHANIE KAY STRALKA | Account Number/CD#: | XXXXXX5965 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX9642 | Blanket Bond (per case limit): | |
| For Period Ending: | 11/12/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/26/12 | 15 | Glenn Pargmann | Preference avoidance | 1141-000 | $2,500.00 | | $2,500.00 |
| 02/26/12 | 12 | White Marsh Anderson Martin<br>511 East Etna Road<br>Ottawa, Illinois 61350 | Proceeds from sale | 1129-000 | $8,000.00 | | $10,500.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8480 | Transfer of Funds | 9999-000 | | $10,500.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $10,500.00 | $10,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $10,500.00 |
| Subtotal | $10,500.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,500.00 | $0.00 |

Page Subtotals: $10,500.00   $10,500.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-36696 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: JOSEPH ERIC STRALKA | Bank Name: The Bank of New York Mellon |
| STEPHANIE KAY STRALKA | Account Number/CD#: XXXXXX8480 |
| | Checking |
| Taxpayer ID No: XX-XXX9642 | Blanket Bond (per case limit): |
| For Period Ending: 11/12/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx5965 | Transfer of Funds | 9999-000 | $10,500.00 | | $10,500.00 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $8.56 | $10,491.44 |
| 03/11/13 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | $1.44 | $10,490.00 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.59 | $10,474.41 |
| 04/13/13 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | ($15.59) | $10,490.00 |
| 09/19/13 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $1,800.00 | $8,690.00 |
| 09/19/13 | 100002 | INTERNAL REVENUE SERVICE<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Final distribution per court order. | 5800-000 | | $7,202.74 | $1,487.26 |
| 09/19/13 | 100003 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Final distribution per court order. | 5800-000 | | $1,487.26 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,500.00 | $10,500.00 |
| Less: Bank Transfers/CD's | $10,500.00 | $0.00 |
| Subtotal | $0.00 | $10,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $10,500.00 |

Page Subtotals: $10,500.00    $10,500.00

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5965 - Checking Account | $10,500.00 | $0.00 | $0.00 |
| XXXXXX8480 - Checking | $0.00 | $10,500.00 | $0.00 |
|  | $10,500.00 | $10,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,500.00 |
| Total Gross Receipts: | $10,500.00 |

Page Subtotals: $0.00 $0.00